# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO SALINAS,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>BURGER CITY GRILL #3, INC. d/b/a BURGER CITY GRILL; and DOES 1 through 10,<br><br>　　　　Defendants. | **Case No.: 2:18-cv-06406 JAK (AGRx)**<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>**JS-6** |

1 | Based on the stipulation of the parties and for good cause shown:
2 | IT IS HEREBY ORDERED that the Stipulation is **GRANTED**. The entire
3 | action be dismissed with prejudice, each side to bear their own fees and costs.
4 | IT IS SO ORDERED.

Dated: January 9, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE